1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
            IN THE UNITED STATES DISTRICT COURT FOR THE
7
                  EASTERN DISTRICT OF CALIFORNIA
8

9

10

11  UNITED STATES OF AMERICA,        )   Case No: 1:11-CR-404
                                     )
12                  Plaintiff,       )
                                     )   ORDER TO **UNSEAL** INDICTMENT
13       v.                          )
                                     )
14                                   )
    ELBERT STOKES and               )
15  RAY ALBERT ALLEN,               )
                                     )
16                  Defendants.      )
    _____)

17

18       Upon application of the United States of America and good cause

19  having been shown,

20       IT IS HEREBY ORDERED that the indictment in the above-captioned

21  proceeding be and is hereby unsealed.

22

23  Date: NOV 18    , 2011        _____

24                               Honorable Jennifer L. Thurston
                                 United States Magistrate Judge

25

26

27

28

                                  2

1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,          )
                                      )   Case NO. 1:11-CR-404
12                  Plaintiff,        )
                                      )   REQUEST TO **UNSEAL** INDICTMENT
13      v.                            )
                                      )
14 ELBERT STOKES and                  )
   RAY ALBERT ALLEN,                  )
15                                    )
                    Defendants.       )
16 _____)

17

18

19      The arrest warrant in the above-captioned proceeding was

20 executed on November 18, 2011.  As a result, there is no need for the

21 indictment to remain under seal.  Accordingly, the United States asks

22 that the Court order that the indictment be unsealed.

23

24                              BENJAMIN B. WAGNER
                                United States Attorney
25

26 Date: November 18, 2011       /s/ Elana S. Landau
                                By: Elana S. Landau
27                              Assistant United States Attorney

28

                                    1