BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, CA Bar #212144
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:11-CR-00404-LJO |
| | ) |
| Plaintiff, | ) PRELIMINARY ORDER OF FORFEITURE |
| | ) |
| v. | ) |
| | ) |
| ELBERT STOKES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the plea agreement entered into between United States of America and defendant Elbert Stokes, and defendant Elbert Stokes' oral agreement to forfeit his right, title, and interest in the below-described property, it is hereby
ORDERED, ADJUDGED AND DECREED as follows:

1.   Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Elbert Stokes' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. a .38 caliber revolver bearing serial
      number FF271805, and

   b. a box of Winchester brand ammunition
      containing approximately 33 rounds.

Preliminary Order of Forfeiture

1

2. The above-listed assets constitute firearm or ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(a)(1)(A).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of

///

///

Preliminary Order of Forfeiture

2

Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  **March 23, 2012**           **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE