IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00404-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| ELBERT STOKES, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Elbert Stokes shall be released to his wife, Sophia Stokes, from the Lerdo County Jail on Tuesday, February 7, 2017, at 8:00 a.m. Sophia Stokes will then transport Elbert Stokes directly to the Salvation Army in Bakersfield, California to be admitted and complete residential program.

IT IS SO ORDERED.

Dated: **February 6, 2017**        /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE